FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

8/4/26

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOREN RICHARD OLSEN, II,<br><br>      Plaintiff,<br><br>    v.<br><br>RUBY J. METTLING,<br><br>      Defendant. | No.   4:25-CV-5169-TOR<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE; DENYING MOTION TO WAIVE COLLECTION OF THE REMAINING BALANCE OF THE FILING FEE IN THIS ACTION |

Before the Court is Plaintiff's Motion to Voluntarily Dismiss Complaint. ECF No. 28.  Plaintiff, an individual currently incarcerated at Stafford Creek Corrections Center, is proceeding *pro se* and *in forma pauperis*.  Defendant has not been served in this action.  Accordingly, **IT IS ORDERED** that Plaintiff's Motion is **GRANTED** and the Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff also requests that collection of the remaining balance of the filing fee in this action be waived.  ECF No. 29.  Plaintiff is still obligated to pay the full filing fee of $350.  Pursuant to General Order No. 2026-12, the Court will no longer

waive collection of the remaining balance of the filing fee in any actions when a prisoner voluntarily dismisses a lawsuit.

Accordingly, **IT IS ORDERED:**

**1.** Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 28**, is **GRANTED.**

**2.** Plaintiff's Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

**3.** Plaintiff's Motion to Waive Collection of the Remaining Balance of the Filing Fee in this Action, **ECF No. 29**, is **DENIED.**

**4.** Plaintiff is still obligated to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order, **enter judgment** of dismissal without prejudice, provide copies to Plaintiff, and **CLOSE THE FILE**. The Clerk's Office is also directed to provide a copy of General Order No. 2026-12 to Plaintiff. The Court certifies that any appeal of this dismissal would not be taken in good faith.

**DATED** this 4th day of August 2026.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION WITHOUT PREJUDICE; DENYING MOTION TO WAIVE COLLECTION OF THE REMAINING BALANCE OF THE FILING FEE IN THIS ACTION -- 2