AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 05, 2026**

SEAN F. McAVOY, CLERK

SOREN RICHARD OLSEN, II,

*Plaintiff*

v.

RUBY J. METTLING,

*Defendant*

)
)
)
)
)

Civil Action No.   4:25-CV-5169-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 28, is GRANTED.
Plaintiff's Second Amended Complaint is DISMISSED WITHOUT PREJUDICE.
Plaintiff's Motion to Waive Collection of the Remaining Balance of the Filing Fee in this Action, ECF No. 29, is
DENIED. Judgment of dismissal without prejudice is entered.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  THOMAS O. RICE

Date:  8/5/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*